IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA E. LOHMEIER, | ) | CASE NO. 8:06CV578 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| BANCWISE REAL ESTATE SERVICES, L.L.C., | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Plaintiff Patricia Lohmeier's unopposed motion for additional time to file her brief in opposition to the Defendant Bancwise Real Estate Services' Motion for Summary Judgment (Filing No. 33) is granted; and

2. The Plaintiff shall file her brief and evidence in opposition to the Defendant's motion for summary judgment on or before Friday, August 31, 2007.

DATED this 16th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge