IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA E. LOHMEIER, ) | |
| ) | Case No. 8:06CV578 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| BANCWISE REAL ESTATE ) | |
| SERVICES, L.L.C., ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

(Exhibit numbers 1 - 8, 10 - 13, 15, 101 - 105, 110 - 111 / jury trial / November 13 - 15, 2007)

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 15th day of November, 2007.

s/ Laurie Smith Camp
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07